PER CURIAM.

(No. 74-CC-882—

TORRIENTE D. GUINART, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 8, 1974.*

TORRIENTE D. GUINART, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-13—

STUCKEYS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 8, 1974.*

STUCKEYS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.